IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ENRIQUE HERNANDEZ MORA, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 1:23-CV-00200 |
| VS. | § § | JUDGE MICHAEL J. TRUNCALE |
| PALOMAR SPECIALTY INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 21]. The Parties have stipulated to the voluntary dismissal with prejudice of Plaintiff's claims against Defendant in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and each Party shall bear its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 5th day of March, 2024.**

Michael J. Truncale
United States District Judge